"A"

In the United States District Court

For the District of Rhode Island
(Form mailed ____________, [redacted]
FEBRUARY, , 2006.
MARCH-30th 2006.

JAMES J. SILVA AND
JAMES R. CAYER
______________________________
______________________________

/Enter above the full mane of the plaintiff or plaintiffs in this action. /

CA 06 162 SL

PLEASE ASSIGN NEW CASE #.

v.- Civil Action No. ____________

(1) The Town of North Smith Field; (3) Detective Napolean Gonsalves;
(2) The City of Pawtucket; (5) Steven A. Regine; (7) MARK SMITH ESQ;
(6) MAGISTRATE WILLIAM MACATEE; AND (8) THE B.C.I. DIVISION OF THE
RHODE ISLAND ATTORNEY GENERALS OFFICE (P) ET, AL:
(9) PATROLMAN MARK D. BERGERON.
(4) JUDGE MICHAEL HIGGINS

/Enter above the full name of the defendant or defendants in this action/

1.- Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the (same facts) involved in this action or otherwise relating to your imprisonment?

COLLATERAL NOT THE SAME Yes /X/ No /X/ ?

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: PLEASE SEE 04-361-S AND 05-109-S

Defendants: U.S.D.C. FOR THE DISTRICT OF RHODE ISLAND.

2. Court /if federal court, name the district; if state court, name the county/: U.S.D.C. FOR THE FIRST CIRCUIT PROVIDENCE.

3. Docket number: 04-361-S 05-109-S

4. Name judge to whom case was assigned: William E. Smith

5.- Disposition /for example: Was the case dismissed? Was it appealed? Is it still pending?/: Still pending R+R Report Recomends Dismissal for Comity and Abstention.

6. Approximate date of filing law suit: August 2004.

7. Approximate date of disposition: NONE AS YET ON APPEAL.

II. Place of Present Confinement: ISC - H-105-Bottom ~~PO BOX 8249 CRANSTON R.I. 02920~~

A. Did you present the facts relating to your complaint to The Warden or any of the prison officials?
Yes /__/ No /✓/

B. If your answer is YES:

1. What steps dis you take? __________

2. What was the result? __________

C. If your answer is NO, explain why not: This is not a Prison Related Complaint.

III. Parties

/In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any./

A. Name of plaintiff JAMES J. SILVA AND JAMES R. CAYER

/ In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants./

B. Defendant NAPOLEAN GONSALVES is employed as A POLICE Detective FOR — [redacted] — The City of Pawtucket,

C. Additional Defendants: Town of N. Smithfield ; City of Pawtucket ; STEVEN A. REGINE ; MARK SMITH ESQ ; MAGISTRATE William MacAtee ; AND THE B.C.I. DIVISION OF THE RHODE ISLAND ATTORNEY GENERAL'S OFFICE, ET AL. PATROLMAN MARK D. BERGERON, JUDGE MICHAEL HIGGINS.

IV. Statement of Claim

State here as briefly as possible the facts of your case. Discribe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. /Use as much space as you need. Attach extra sheet if necessary./

ON JULY 28th 2004 PLAINTIFF SILVA WAS ARRESTED BY THE N. SMITHFIELD POLICE DEPT. FOR DETECTIVE NAPOLEAN GONSALVES AND THE PAWTUCKET POLICE DEPT UNDER AN UNCONSTITUTIONAL R.I. STATUTE § 12-29-3 SECTION (b)(3) WHICH ALLOWS FOR A WARRANTLESS ARREST WITHIN 24 HOURS.

NO PROMPT OR PROPER PROBABLE CAUSE DETERMINATION WAS EVER MADE AND WHEN QUESTIONED UNDER OATH ON OCTOBER 7th 2004 BY ATTORNEY GENERAL STEVEN A REGINE HE STATED HE DID NOT GO TO ANY JUSTICE OF THE PEACE, SUPERIOR COURT, OR DISTRICT COURT JUSTICE AND ASK THAT AN APPLICATION FOR A WARRANT THAT HE HAD PREPARED BE SIGNED. (SEE ATTACHED ADDITIONAL PAGES (3B-3C+3D)

V. Relief

State briefly exactly what you want the court to do for you.

Make no legal arguments. Cite no cases or statutes.

PLAINTIFF "A" FILES THIS CIVIL RIGHTS COMPLAINT IN THE US DISTRICT COURT SEEKING PUNITIVE AND COMPENSATORY DAMAGES IN THE AMOUNT OF 2.5 MILLION DOLLARS TO BE DETERMINED BY A JURY.

THE STATE OF RHODE ISLAND TAMPERS WITH TRANSCRIPTS, EVIDENCE, WITHOLDS EVIDENCE, FABRICATES EVIDENCE, AND ENGAGES IN CRIMINAL CONDUCT TO AVOID SERVICE AS WELL AS AN ATTEMPT TO COVER UP A PREVIOUS SUIT 03:332 WHICH IS WHY THIS COMPLAINT IS BEING FILED IN YOUR HONORABLE COURT. PLAINTIFF "A" HAS BEEN HELD IN PRE-TRIAL DETENTION IN VIOLATION OF HIS GERSTEIN RIGHTS.

HOWEVER, ON THAT SAME DAY OCTOBER 7TH 2004, PAWTUCKET DETECTIVE NAPOLEAN GONSALVES AND ASST. ATTORNEY GENERAL **STEPHEN A. REGINE** SIGNED AND SWORE TO AN AFFIDAVIT AND NARRATIVE THAT SUPPORTS CRIMINAL INFORMATION P204-3106A THAT REFLECTED, " A WARRANT WAS SIGNED" BY A DISTRICT COURT JUDGE.

ON 7-29-2004 JUDGE **MICHAEL HIGGINS** IMPOSED $1000 CASH BAIL, ON 10-7-2004, JUDGE **PATRICIA MOORE** IMPOSED $2000 CASH BAIL, AND ON 10-14-2004, FOR NO APPARANT REASON MAGISTRATE **WILLIAM MACATEE** RAISED THE $1000 CASH BAIL ON 6204-14367 TO $3000 CASH BAIL ON P204-3106A. THIS WAS **PREVENTIVE DETENTION** WHICH VIOLATED MY **GERSTEIN** RIGHTS AND WAS CONTRARY TO ARTICLE I SECTION 9 OF THE R.I. CONSTITUTION AND **CHAPTER 13** WHICH PROVIDES ALL PERSONS CHARGED WITH NON CAPITOL CRIMES "SHALL" BE BAILED BY **SUFFICIENT SURETIES**.

MAGISTRATE WILLIAM MACATEE WHO I HAVE UNDER SUIT AND HAS PREVIOUSLY RECUSED HIMSELF FROM MY MATTERS OVER-LOOKED THE FACT THAT **NO SIGNED WARRANT** FOR MY ARREST WAS IN THE CRIMINAL INFORMATION OR THE FILE AND ERRONEOUSLY ACCEPTED THAT THE SIGNED WARRANT ESTABLISHED PROBABLE CAUSE.

**MARK SMITH ESQ.** WHO IS AN EX-PROSECUTOR AND WAS COURT APPOINTED TO REPRESENT PLAINTIFF SILVA WAS AWARE THAT THE ARREST WAS WARRANTLESS AS REVEALED DURING THE 10-7 AND 10-12-2004, COMBINATION BAIL REVOCATION AND CRIMINAL CONTEMPT PROSECUTION. ON 10-14-2004 HE HANDED ME A COPY OF THE CRIMINAL INFORMATION BUT IMMEDIATELY TOOK IT BACK AND SAID HE WOULD SEND ME A COPY.

AS WAS HIS PLAN

I DID NOT GET AN OPPORATUNITY TO READ THIS OR I WOULD HAVE SPOTTED THAT IT NOW REFLECTED I WAS CHARGED WITH A VIOLATION OF § 15-15-3 NOT § 12-29-4 AND IT NOW ALLEGED I WAS ARRESTED ON A SIGNED WARRANT. I DID NOT RECIEVE THIS UNTIL SOMETIME AFTER NOV. 29TH 2004.

RULE 16 DISCOVERY WAS FILED AT SOME LATER DATE AND ASST. ATTORNEY GENERAL STEPHEN A. REGINE'S RESPONSE TO A SPECIFIC REQUEST FOR ALL WARRANTS OBTAINED OR EXECUTED WAS, "NONE KNOWN TO THE STATE AT THIS TIME". BUT, ALSO INCLUDED IN HIS RESPONSE WAS AN ATTORNEY GENERAL'S B.C.I. RECORD FOR JAMES J. SILVA THAT REFLECTS,

[ 7-28-2004 - ARRESTED ON WARRANT - NORTH SMITHFIELD]

WILLIAM DEVINE IS CHIEF OF THE ATTORNEY GENERAL'S B.C.I. DIVISION AND I HAVE 2 OF HIS RELATIVES UNDER INVESTIGATION FOR TAMPERING WITH STATE COURT RECORDS. PAWTUCKET POLICE DETECTIVE CHARLES DEVINE IS ALSO UNDER INVESTIGATION BY HIS OWN INTERNAL AFFAIRS DIVISION AND ON JUNE 11TH 2004 I FILED AN ADDITIONAL COMPLAINT WITH THE PROVIDENCE F.B.I. IN/RE TO HIS FABRICATION OF POLICE REPORTS.

ON FEBRUARY 3rd 2006 IN OPEN COURT BEFORE THE HONORABLE MS. JUSTICE NETTI VOGEL, ASST. ATTORNEY GENERAL STEPHEN A. REGINE CONFESSED, ADMITTED AND CONCEDED THAT THERE IS NOR HAS THERE EVER BEEN A SIGNED WARRANT FOR SILVA'S ARREST ON 7-28-2004 OR ANY OTHER DATE IN/RE TO THESE MATTERS.

THIS PLAINTIFF HAS A § 1983 CLAIM AS HE HAS BEEN HELD IN PRE-TRIAL DETENTION IN EXCESS OF 21 MONTHS WITH NO PROMPT OR PROPER PROBABLE CAUSE DETERMINATION BY A NEUTRAL AND DETACHED MAGISTRATE

SEE (GERSTEIN V. PUGH, 420 U.S. 103 43 L.Ed 2d 95 S.CT. 854); (COUNTY OF RIVERSIDE AND LOIS BYRD, V. MCLAUGHLIN DONALD LEE, ET. AL, 500 U.S. 44; 111 S.CT. 1661; 114 L.Ed 2d 49 (1991); (ROLAND RICHARD HENRY V. THE COUNTY OF SHASTA, 132 F3d 512 (1997) AND PLAINTIFFS CLAIM ALL DEFENDANTS ACTED IN FURTHERANCE OF THE OBJECTIVE OF DETECTIVE NAPOLEAN GONSALVES CO-CONSPIRACY AND AS SUCH HAVE VIOLATED THE PLAINTIFF'S CIVIL RIGHTS UNDER § 1985(3).

PLAINTIFFS HAVE SUFFERED IRREPARABLE LOSSES, DAMAGES AND OR INJURIES AS A RESULT OF DEFENDANT'S EVIL MOTIVES OR CALLOUS INDIFFERENCE TO THEIR UNITED STATES AND RHODE ISLAND CONSTITUTIONAL RIGHTS. PLAINTIFFS HAVE FURTHER SUFFERED THE LOSS OF SOCIETY AND COMPANIONSHIP OF FATHER AND SON IN VIOLATION OF THE 1ST AMEND.

PLAINTIFFS SEEK PUNITIVE AND COMPENSATORY DAMAGES IN THE AMOUNT OF [redacted] $2500,000.00 TWO MILLION, FIVE HUNDRED THOUSAND DOLLARS TO BE DETERMINED BY A JURY TRIAL.

DATED FEBRUARY 7TH 2006.
MAILED MARCH 30TH 2006

RESPECTFULLY SUBMITTED,

James J Silva.
James J Silva

JAMES J. SILVA · 66350
FSC H-105 BOTTOM
PO. BOX 8249
CRANSTON, RI
02920

VI. NOTE: **Should you fail to execute and return this form within ten days from the date of mailing as recorded on pace 1, this Court will conclude you have abandoned your claim and will dismiss your petition.**

Signed this 7Th day of FEBRUARY [redacted], [redacted] 2006

/Signature of plaintiff or plaintiffs/

VERIFICATION

State of RHODE ISLAND )
)
County of PROVIDENCE. )

JAMES J SILVA, being first duly sworn, under oath, says: that he is the plaintiff in this action and knows the contents of the above complaint; that it is true of his own knowledge, exceptas to those matters that are stated in it on his information and belief; and as to those matters, he believes them to be true.

/Signature of plaintiff

Subscribed and sworn to before me this 7Th day of FEBRUARY [redacted] 2006.

Comm Exp 3/15/06

/Notary Public or other person authorized by law to administer an oath/