RECEIVED
APR 07 2006
Property of U.S. District Court
District of Rhode Island

February 17-2006

COURTS COPY MAILED 3-30-06 SS

DEAR CLERK, OF THE U.S.D.C.
(CLARIFICATION)
Please list The defendants in This order on The Civil Docket Report, EXACTLY.

1 - PATROLMAN MARK D. BERGERON AND THE TOWN OF NORTHSMITHFIELD;
2 - DETECTIVE NAPOLEAN GONSALVES AND THE CITY OF PAWTUCKET;
3 - JUDGE MICHAEL HIGGINS;
4 - ASST. ATTORNEY GENERAL STEPHEN A. REGINE;
5 - MAGISTRATE WILLIAM MACATEE;
6 - MARK SMITH ESQ.
7 - WILLIAM DEVINE AND THE B.C.I. DIVISION OF THE RHODE ISLAND ATTORNEY GENERALS OFFICE, ET. AL.
8 - ASSISTANT ATTORNEY GENERAL STEPHEN A. REGINE.

THANK YOU.

JAMES J. SILVA-66350
ISC. H-105. BOTTOM
PO. BOX 8249
CRANSTON, RI 02920

James J Silva.
James J Silva.

[signature]
Notary Public
Comm Exp 3/16/06

PLAINTIFF "A" HAS BEEN CONFINED IN EXCESS OF 19 MONTHS BASED UPON DETECTIVE NAPOLEAN GONSALVES PERJUROUS PROBABLE CAUSE DETERMINATION. JS.