CA 06 162 S

# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 5/98)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF ______ VS. ______ FOR ______ AT ______

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

James J Silva VS Napoleon Gonsalves et al.

1 ☑ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) Civil Action

DOCKET NUMBERS
Magistrate
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

Civil Action

## ASSETS

**EMPLOYMENT**

Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed

Name and address of employer: 7-04 - 270.00 per week.

IF YES, how much do you earn per month? $ ______

IF NO, give month and year of last employment ← How much did you earn per month? $ ______

If married is your Spouse employed? ☐ Yes ☐ No

IF YES, how much does your Spouse earn per month? $ ______

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ______

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

| RECEIVED | SOURCES |
|---|---|
| $ | |
| | NONE |
| | |

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No IF YES, state total amount $ ______

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| $ | |
| | NONE |
| | |
| | |

## OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS
☑ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 2

List persons you actually support and your relationship to them

James R. Cayer - Son

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| | $ | $ |
| UNKNOWN - | $ | $ |
| | $ | $ |
| IRS. | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ______

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) James J Silva