UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES J. SILVA

v. C.A. No. 06-162S

TOWN OF NORTH SMITHFIELD,
ET AL.

**ORDER**

The Report and Recommendation of United States Magistrate Jacob Hagopian filed on May 17, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Complaint is dismissed for failure to state a claim upon which relief can be granted.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 6/22/06