AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JAMES J. SILVA

V.

THE TOWN OF NORTH SMITHFIELD, ET AL.

## JUDGMENT IN A CIVIL CASE

Case Number: C.A. NO. 06-162S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF ALL DEFENDANTS, THE TOWN OF NORTH SMITHFIELD; THE CITY OF PAWTUCKET; DETECTIVE NAPOLEAN GONSALVES; JUDGE MICHAEL HIGGINS; STEVEN A. REGINE; MARK SMITH, ESQ; MAGISTRATE WILLIAM MACATEE; THE B.C.I. DIVISION OF THE RHODE ISLAND ATTORNEY GENERAL'S OFFICE; AND PATROLMAN MARK D. BERGERON, AGAINST PLAINTIFF, JAMES J. SILVA.**

June 26, 2006
Date

Clerk
ALBA-SUE MERCURIO
(By) Deputy Clerk